IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., ) | No. C 13-2717 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| JEFFREY BEARD, et al., ) | |
| Defendants. ) | |

The Court has dismissed the instant action.  A judgment of dismissal with prejudice is entered.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 7/26/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Broussard717jud.wpd