IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR., ) <br> ) <br>　　　　　Plaintiff, ) <br> ) <br>　v. ) <br> ) <br> JEFFREY BEARD, et al., ) <br> ) <br>　　　　　Defendants. ) <br>_____) | No. C 13-2717 LHK (PR) <br><br> ORDER GRANTING MOTION <br> FOR RECONSIDERATION; <br> ORDER TO RE-OPEN; ORDER <br> OF TRANSFER |

On June 13, 2013, plaintiff, a California state prisoner proceeding *pro se*, filed a letter, which initiated this action and was construed as a civil rights complaint pursuant to 42 U.S.C. § 1983. That same day, the court notified plaintiff that he was required to file a complaint as well as the filing fee or a completed application for leave to proceed in forma pauperis ("IFP"). On July 12, 2013, plaintiff filed a complaint. On July 26, 2013, having received no filing fee or application to proceed IFP, the court dismissed this action without prejudice.

On August 7, 2013, plaintiff filed a motion for leave to proceed IFP. On August 12, 2013, plaintiff filed a motion for reconsideration of the court's order of dismissal. Although the motion for reconsideration is difficult to understand, plaintiff ultimately – albeit untimely – filed a complete motion for leave to proceed IFP. Thus, the court GRANTS plaintiff's motion for reconsideration and RE-OPENS this action.

However, a review of plaintiff's complaint reveals that at least one of the acts of which plaintiff complains occurred at Corcoran State Prison, and one of the named defendants is

Order Granting Motion for Reconsideration; Order to Re-Open; Order of Transfer
G:\PRO-SE\LHK\CR.13\Broussard717reotrans.wpd

1  employed at Corcoran State Prison.[1]  Corcoran State Prison is located in the Eastern District of
2  California.  Therefore, venue properly lies in the Eastern District.  *See* 28 U.S.C. § 1391(b).
3  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern
4  District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions
5  and transfer the entire file to the Eastern District of California.

     IT IS SO ORDERED.

DATED:  9/25/13

                                       LUCY H. KOH
                                       United States District Judge

---

[1] Plaintiff also names as defendants federal magistrate and district court judges from the Eastern District of California and the Central District of California.

Order Granting Motion for Reconsideration; Order to Re-Open; Order of Transfer
G:\PRO-SE\LHK\CR.13\Broussard717reotrans.wpd       2